IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HELEN CHRIS BRASSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:14-CV-1124-WKW |
| GOODWILL INDUSTRIES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 2, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and her failure to properly prosecute this cause of action.

A separate final judgment will be entered.

DONE this 23rd day of December, 2014.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE